## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:	Eric Mathew Kunjappy, Debtor	Case No. 23-02043-JAW

**CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: July 29, 2025	Signature:	/s/ Thomas C. Rollins, Jr.
		Thomas C. Rollins, Jr. (MSBN 103469)
		The Rollins Law Firm, PLLC
		P.O Box 13767
		Jackson, MS 39236
		601-500-5533
		trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:	Eric Mathew Kunjappy, Debtor	Case No. 23-02043-JAW
	**CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 09/05/2023.
2. Debtor is paying approximately 3.04% to General Unsecured Debts through the plan.
3. Debtor plans to attend the University of Southern Mississippi to continue his education to obtain a bachelor's degree in cybersecurity. He intends to enroll in the Fall 2025, Spring 2026, Fall 2026, and Spring 2027 semesters.
4. Debtor is currently employed as an Administrative Support IV employee with the Mississippi Department of Environmental Quality, earning approximately $41,600 per year. By obtaining a bachelor's degree in cybersecurity, he could potentially increase his annual income to around $90,000.
5. Debtor seeks to obtain financial aid in the amount of $7,000.00 at an interest rate of 4.2 percent, to be disbursed in approximately $1,750.00 increments per semester to complete his cybersecurity degree.
6. Debtor will repay this debt directly to the lender in accordance with the terms of their agreement.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ERIC MATHEW KUNJAPPY | CASE NO: 23-02043-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-02043-JAW |
|---|---|
| ERIC MATHEW KUNJAPPY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 7/29/2025, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-02043-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JUL 29 17-6-48 PST 2025 | ~~(U)BANK OF AMERICA  NA~~<br>~~PO BOX 31785~~ | BANK OF AMERICA  NA<br>PO BOX 31785<br>TAMPA  FL 33631-3785 |

| ~~EXCLUDE~~ | | ~~EXCLUDE~~ |
|---|---|---|
| ~~(U)MEMBERS EXCHANGE CREDIT UNION~~ | VELOCITY INVESTMENTS  LLC BY AIS<br>INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |

| BANK OF AMERICA  NA<br>CO BANK OF AMERICA  NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA  FL 33634-2413 | (P)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2321 |
|---|---|---|

| CAVALRY SPV I  LLC AS ASSIGNEE OF<br>CITIBANK  NATHE HOME DEPOT<br>PO BOX 4252<br>GREENWICH  CT 06831-0405 | CITI CARDBEST BUY<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | CITIBANK<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 |
|---|---|---|

| CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY  OH  43054-3025 | DISCOVER FINANCIAL<br>PO BOX 30939<br>SALT LAKE CITY  UT 84130-0939 |
|---|---|---|

| GOLDMAN SACHS BANK USA<br>ATTN BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA  PA 19176-0379 | GOLDMAN SACHS BANK  USA<br>BY AIS INFOSOURCE  LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
|---|---|---|

| JOHN S SIMPSON  ESQ<br>SIMPSON LAW FIRM PA<br>FOR MEMBERS EXCHANGE CREDIT UNION<br>PO BOX 2058<br>MADISON  MS 39130-2058 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | MARCUS BY GOLDMAN SACH<br>ATTN BANKRUPTCY<br>PO BOX 45400<br>SALT LAKE CITY  UT 84145-0400 |
|---|---|---|

| MEMBERS EXCHANGE CREDIT UNION<br>CO SIMPSON LAW FIRM PA<br>P O BOX 2058<br>MADISON MS 39130-2058 | NATALIE BROWN  EDQ<br>RUBIN LUBLIN  LLC<br>FOR BANK OF AMERICA  NA<br>428 NORTH LAMAR BLVD  SUITE 107<br>OXFORD  MS 38655-3221 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO  FL 32896-5060 |
|---|---|---|

| SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | TD RETAIL CARD<br>ATTN BANKRUPTCY<br>PO BOX 100114<br>COLUMBIA  SC 29202-3114 | TD RETAIL CARD SERVICES<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 |
|---|---|---|

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| EXCLUDE | EXCLUDE | DEBTOR |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~ ~~501 EAST COURT STREET~~ ~~SUITE 6-430~~ ~~JACKSON MS 39201-5022~~ | ~~(D)VELOCITY INVESTMENTS, LLC BY AIS~~ ~~INFOSOURCE~~ ~~4515 N SANTA FE AVE~~ ~~OKLAHOMA CITY OK 73118-7901~~ | ERIC MATHEW KUNJAPPY 126 GREEN OAKS FLORENCE MS 39073-8492 |
| ~~EXCLUDE~~ | ~~EXCLUDE~~ | |
| ~~HAROLD J BARKLEY JR~~ ~~PO BOX 4476~~ ~~JACKSON MS 39296-4476~~ | ~~THOMAS CARL ROLLINS JR~~ ~~THE ROLLINS LAW FIRM PLLC~~ ~~PO BOX 13767~~ ~~JACKSON MS 39236-3767~~ | |