### IN THE UNITED STATES BANKRUPTCY COURT
### IN THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                          BANKRUPTCY NO: 23-02043-JAW

**ERIC KUNJAPPY**
**126 GREEN OAKS**
**FLORENCE, MS 39073**

**NOTICE AND MOTION TO DISMISS**

  **COMES NOW,** Harold J Barkley Jr., the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

  **NOTICE IS HEREBY GIVEN,** to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE,** or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

  **NOTICE IS FURTHER GIVEN** that, in the event a written responsive pleading is filed, a hearing on the matter will be held in the Bankruptcy Courtroom 4C, 501 E. Court St., Jackson, MS on **SEPTEMBER 22, 2025 @ 10:00 am.**

  **WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

                    MAIL PAYMENTS TO:
                     Harold J. Barkley, Jr.
                     Chapter 13 Trustee
                     P.O. Box 321454
                     Flowood, MS   39232

**AMOUNT DUE BY 09/04/2025: $492.00**
(As of 08/13/2025 <u>thru end of month</u>)

DATED: 8/14/2025

                     /s/ Harold J. Barkley, Jr.
                     Harold J. Barkley, Jr. - MSB#2008
                     Chapter 13 Trustee
                     P O Box 4476
                     Jackson, MS 39296-4476
                     Phone: 601-362-6161
                     Fax: 601-362-8826
                     Email:  hjb@hbarkley13.com

## CERTIFICATE OF SERVICE

    I, Harold J. Barkley, Jr., Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I mailed, postage prepaid, a true and correct copy of the foregoing pleading to the **DEBTOR,** and by ECF Filing Notification to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

THOMAS C. ROLLINS, JR
trollins@therollinsfirm.com

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

**ERIC KUNJAPPY**
**126 GREEN OAKS**
**FLORENCE, MS 39073**

**DATED: 8/14/2025**

                                                            /s/ Harold J. Barkley, Jr.
                                                            Harold J. Barkley, Jr. - MSB#2008