___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 2, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    Eric Mathew Kunjappy, Debtor | Case No. 23-02043-JAW |
| | CHAPTER 13 |

### ORDER AUTHORIZING DEBTOR TO INCUR DEBT

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK # 68), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted. Debtor is authorized obtain financial aid in the amount of $7,000.00, to be disbursed in approximately $1,750.00 increments per semester to complete his cybersecurity degree. Debtor shall repay this debt directly to the lender in accordance with the terms of their agreement.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR